No. 88–651. RICHARD ANDERSON PHOTOGRAPHY v. RADFORD UNIVERSITY ET AL. C. A. 4th Cir. Motions of American Intellectual Property Law Association and Association of American Publishers, Inc., et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 88–776. RAFF, ARKANSAS STATE PROSECUTOR, ET AL. v. LEWELLEN. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 88–777. GUANGZHOU MARITIME TRANSPORT BUREAU OF CHINA v. HUGHES DRILLING FLUIDS. C. A. 5th Cir. Motion of Maritime Law Association of the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 88–813. CINCINNATI POST ET AL. v. GENERAL ELECTRIC Co. C. A. 6th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 88–850. BLINDER, ROBINSON & CO., INC., ET AL. v. SECURITIES AND EXCHANGE COMMISSION. C. A. 10th Cir. Certiorari denied. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 88–920. DIXON, WARDEN, ET AL. v. McDOWELL. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–1026. ARMONTROUT, WARDEN v. POOL. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–1043. ZANT, WARDEN v. CERVI. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.